Argued and submitted January 7, ballot title certified January 21, 2000

Denise M. MILLS,
*Petitioner,*

*v.*

Hardy MYERS,
Attorney General
for the State of Oregon,
*Respondent,*

*and*

Gregory KAFOURY
and Ronda Hatefi,
*Intervenors.*

(SC S47021)

995 P2d 1158

Michael Mills, Salem, argued the cause and filed the petition for petitioner.

Philip Scradle, Assistant Attorney General, Salem, argued the cause for respondent. With him on the answering memorandum were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Linda K. Williams, Portland, filed a memorandum for intervenors.

PER CURIAM

## PER CURIAM

This is a ballot title review proceeding brought under ORS 250.085(2). Petitioner is an elector who timely submitted written comments concerning the content of the draft ballot title submitted to the Secretary of State and who therefore is entitled to seek review of the ballot title certified by the Attorney General. *See* ORS 250.085(2) (setting that requirement).

We have considered each of petitioner's arguments concerning the ballot title certified by the Attorney General. We conclude that none establishes that the Attorney General's certified ballot title fails to comply with the standards for such ballot titles set out in ORS 250.035(2)(a) to (d) (1997). Accordingly, we certify to the Secretary of State the following ballot title:

AMENDS CONSTITUTION: PROHIBITS LOTTERY COMMISSION FROM CONTINUING AUTHORIZATION OF VIDEO CASINO GAMES

RESULT OF "YES" VOTE: "Yes" vote prohibits Lottery Commission from continuing authorization of video poker, other video casino games.

RESULT OF "NO" VOTE: "No" vote allows Lottery Commission to continue to authorize video poker, other video casino games.

SUMMARY: Amends constitution. Lottery Commission may now initiate games using video devices; proceeds from such games must be transferred to Economic Development Fund. Measure amends constitution to prohibit Commission from initiating new games using video devices and to prohibit Commission from authorizing games using video devices that play or simulate a casino game of dice or cards or a roulette wheel. Measure also requires all operations of video poker or other video casino games previously authorized by the Commission to cease by January 1, 2004.

Ballot title certified. This decision shall become effective in accordance with ORAP 11.30(10).